FILED
April 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003449578

C. Anthony Hughes SBN: 250998
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph:   916.440.6666
Fax: 916.254.6666
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No. 11-27392-B-13J |
| | Chapter 13 |
| **BEVERLY ANN SYLVESTER** | Docket Control No.:  CAH-001 |
| Debtor | Judge:   Thomas C. Holman |
| | Date:   06/07/2011 |
| | Time:   09:32 AM |
| | Place:   501 I Street, 6th Floor |
| | Sacramento, CA 95814 |
| | Department B– Courtroom 32 |
| | Trustee: Jan P. Johnson |
| | **PROOF OF SERVICE** |
| | **MOTION TO VALUE COLLATERAL OF ONEWEST BANK, SECOND POSITION** |

On 04/26/2011, I served by mail the following documents:

- **NOTICE OF MOTION TO VALUE COLLATERAL OF ONEWEST BANK, SECOND POSITION**
- **MOTION TO VALUE COLLATERAL OF ONEWEST BANK, SECOND POSITION**
- **DECLARATION OF DEBTOR TO SUPPORT MOTION TO VALUE COLLATERAL OF ONEWEST BANK, SECOND POSITION**
- **EXHIBIT A IN SUPPORT OF MOTION TO VALUE COLLATERAL OF ONEWEST BANK, SECOND POSITION**
- **DECLARATION OF AARON LUNCEFORD AUTHENTICATING EXHIBIT A**

by depositing in a US Postal Service mailbox true copies in sealed envelopes with prepaid postage addressed to the following parties:

In re: Slyvester
11-27392


CREDITOR(S):
Attn Managing Officer/Director
ONEWEST BANK
888 E. Walnut Street
Pasadena, CA 91101

Attn Managing Officer/Director
ONEWEST BANK
6900 Beatrice Ave.
Kalamazoo, MI 49009

(*) Certified

------------------------------------------------------------

Trustee:

    Jan P. Johnson
    Chapter 13 Trustee
    PO Box 1708
    Sacramento CA 95812

and

    United States Trustee
    501 I Street, Room 7-500
    Sacramento, CA 95814

I am over the age of 18, not a party to this action, and my business address is 1395 Garden Highway, Suite 150, Sacramento, CA 95833. I declare under penalty of perjury under the laws of the state of California that the forgoing is true and accurate.

Sacramento, CA

04/26/2011                                /s/ Kathleen Colvin
                                                KATHLEEN COLVIN